IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAN 22 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) INFORMATION |
| Plaintiff, | ) |
| | ) 3:25CR 021 |
| v. | ) CASE NO. _____ |
| | ) Title 18, United States Code, Section 666; |
| STEVEN STEWART, | ) Title 26, United States Code, Section |
| | ) 7206(1) |
| Defendant. | ) |

JUDGE ZOUHARY

MAG JUDGE CLAY

COUNTS 1–2
(Program Fraud,
18 U.S.C. § 666(a)(1)(A))

The Acting United States Attorney charges:

1. On or about the below dates, in the Northern District of Ohio, Western Division, Defendant STEVEN STEWART, being an agent of the North Baltimore Local School District during a one-year period in which the North Baltimore Local School District received over $10,000 in federal funds, embezzled, stole, and fraudulently obtained property valued at $5,000 or more owned by and under the care, custody, and control of the North Baltimore Local School District, as follows:

| Count | Approximate Date | Description of Funds |
|---|---|---|
| 1 | September 30, 2020 | $17,500 cash withdrawal |
| 2 | August 7, 2022 | $75,763 for the purchase of a 2022 Ford F-150 |

All in violation of Title 18, United States Code, Section 666(a)(1)(A).

ORIGINAL

## COUNTS 3–6
(Making and Subscribing False Tax Returns,
26 U.S.C. § 7206(1))

The Acting United States Attorney further charges:

2. On or about the below dates, in the Northern District of Ohio, Western Division, Defendant STEVEN STEWART did willfully make and subscribe U.S. Individual Income Tax Returns, Forms 1040, for the calendar years stated below, each of which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, and each of which the defendant did not believe to be true and correct as to every material matter in that, as the defendant then and there well knew and believed, each said return understated the amount of his taxable income for the year, as set forth in Counts 3–6 below:

| Count | Calendar Year | Date | Approximate Unreported Income |
|---|---|---|---|
| 3 | 2019 | March 5, 2020 | $283,316.06 |
| 4 | 2020 | March 11, 2021 | $171,784.60 |
| 5 | 2021 | April 12, 2022 | $91,974.23 |
| 6 | 2022 | March 15, 2023 | $77,261.62 |

All in violation of Title 26, United States Code, Section 7206(1).

## FORFEITURE

The Acting United States Attorney further charges:

3. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the allegations in Counts 1-2 are incorporated herein by reference. As a result of the foregoing offense, Defendant STEVEN STEWART shall forfeit to the United States any and all property constituting, or

2

derived from, any proceeds he obtained, directly or indirectly, as the result of such violation; and any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

                              CAROL M. SKUTNIK
                              Acting United States Attorney

By: _____
     Ava R. Dustin
     Toledo Branch Chief

derived from, any proceeds he obtained, directly or indirectly, as the result of such violation; and any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

CAROL M. SKUTNIK
Acting United States Attorney

By: *[signature]*
Ava R. Dustin
Toledo Branch Chief